## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :     CHAPTER 13
COLLEEN LONG                              :
          DEBTOR        :     BANKRUPTCY NO. 15-17124-ELF

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,000.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in paragraph 2 less $0.00 which was paid by the Debtor pre-petition,** to the extent provided for in the Confirmed Plan

Dated: ___12/13/16_____        _____
                                      ERIC L. FRANK
                                      Chief United States Bankruptcy Judge

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106-0119

Colleen Long
2900 S. 15th Street
Philadelphia, PA 19145