United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17124-elf
Colleen Long                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 1           Date Rcvd: Oct 06, 2017
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13617518          E-mail/Text: ally@ebn.phinsolutions.com Oct 07 2017 01:38:55      Ally Financial,
    PO Box 130424,   Roseville, MN 55113-0004
                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2017 at the address(es) listed below:
     ANDREW  SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
     CHRISTIAN A. DICICCO    on behalf of Debtor Colleen  Long cdicicco@myphillybankruptcylawyer.com,
      christianadicicco@gmail.com
     JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society et al...
      bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society et al...
      tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
      philaecf@gmail.com
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-17124-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Colleen Long
2900 S. 15th Street
Philadelphia PA 19145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/06/2017.

Name and Address of Alleged Transferor(s):

Claim No. 1: Ally Financial, PO Box 130424, Roseville, MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/08/17

Tim McGrath
**CLERK OF THE COURT**